## Dellinger Unemployment Compensation Case.

Argued November 14, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*Richard Dellinger*, appellant, in propria persona, submitted a brief.

*Sydney Reuben*, Assistant Attorney General, with him *David Stahl*, Attorney General, for Unemployment Compensation Board of Review, appellee.

OPINION PER CURIAM, December 14, 1961:

The six Judges who heard the argument of this appeal being equally divided in opinion, the decision of the Unemployment Compensation Board of Review is affirmed.